UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KRIS BRISCOE,

                Plaintiff,

   v.

GAVIN HEPBURN, *et al.*,

                Defendants.

Case No. C24-1888-JLR

ORDER

Plaintiff Kris Briscoe has not filed objections to United States Magistrate Judge Michelle L. Peterson's Report and Recommendation (Dkt. # 5). Therefore, having reviewed Ms. Briscoe's application to proceed *in forma pauperis* ("IFP"), the Report and Recommendation, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation (Dkt. # 5).

    (2)    Ms. Briscoe's application to proceed IFP (Dkt. # 1) is DENIED. Ms. Briscoe is DIRECTED to pay the $405.00 filing fee, or submit a corrected IFP application, within **thirty (30) days** of this Order. If Ms. Briscoe fails to do so, the Clerk is directed to close the case.

//

//

ORDER - 1

(3)   The Clerk is directed to send copies of this Order to Ms. Briscoe and to Magistrate Judge Peterson.

Dated this 23rd day of December, 2024.

*James L. Robart*
United States District Judge

ORDER - 2