UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KRIS BRISCOE,

Plaintiff,

v.

GAVIN HEPBURN, et al.,

Defendants.

CASE NO. C24-1888JLR

ORDER

Before the court is the Ninth Circuit Court of Appeals' May 27, 2026 order dismissing *pro se* Plaintiff Kris Briscoe's appeal as frivolous. (9th Cir. Order (Dkt. # 21).)

Ms. Briscoe initiated this action on November 13, 2024, by filing an application for leave to proceed *in forma pauperis* ("IFP") and a proposed complaint. (IFP App. (Dkt. # 1); Prop. Compl. (Dkt. # 1-1).) On November 21, 2024, United States Magistrate Judge Michelle L. Peterson ordered Ms. Briscoe to either show cause why the court should not deny her IFP application for failure to provide required information or file a

ORDER - 1

complete amended IFP application.  (11/21/24 Order (Dkt. # 4); *see also* IFP App. at 2 (stating that Ms. Briscoe "prefer[s] to keep" required information "private due to conspiracy").)  When Ms. Briscoe failed to timely respond to the order to show cause or file an amended IFP application, Magistrate Judge Peterson issued a report and recommendation in which she recommended that this court deny Ms. Briscoe's IFP application and direct her to pay the filing fee.  (12/6/24 R&R (Dkt. # 5).)

Ms. Briscoe did not object to the report and recommendation before the deadline to do so expired, nor did she pay the filing fee.  (*See generally* Dkt.)  Instead, on December 12, 2024, she filed a proposed *ex parte* motion for a temporary restraining order ("TRO") and a proposed motion for partial summary judgment.  (Prop. TRO Mot. (Dkt. # 7); Prop. TRO Memo (Dkt. # 7-1); Prop. MSJ (Dkt. # 8).)

On December 17, 2024, the court denied Ms. Briscoe's proposed TRO motion for failure to satisfy the requirements of Federal Rule of Civil Procedure 65(b)(1) and Local Rules W.D. Wash. LCR 65(b)(1).  (12/17/24 Order (Dkt. # 11) at 2-4 (explaining that Ms. Briscoe failed to explain why notice to Defendants should not be required and to demonstrate that she would suffer irreparable harm absent injunctive relief).)  On December 23, 2024, the court adopted Magistrate Judge Peterson's report and recommendation, denied Ms. Briscoe's IFP application, and directed Ms. Briscoe either to pay the $405.00 filing fee or submit a corrected IFP application within 30 days. (12/23/24 Order (Dkt. # 12).)

On January 7, 2025, the court granted Defendants' request to stay consideration of Ms. Briscoe's proposed motion for partial summary judgment because she had not yet

ORDER - 2

properly served them.  (1/7/25 Order (Dkt. # 15); *see* Mot. for Special Appearance (Dkt. # 13).)  The court clarified that it would take no action on Ms. Briscoe's motion for partial summary judgment unless and until Ms. Briscoe (1) paid the filing fee or obtained IFP status and (2) properly served Defendants.  (1/7/25 Order at 2.)

On January 24, 2025, Ms. Briscoe filed a notice of appeal challenging the orders denying her IFP application and TRO motion.  (Not. of Appeal (Dkt. # 19).)  On May 27, 2026, the Ninth Circuit denied Ms. Briscoe's application to proceed IFP on appeal and dismissed her appeal as frivolous under 28 U.S.C. § 1915(a) and (e)(2).  (9th Cir. Order.)

The case is now back in this court.  If Ms. Briscoe still wishes to pursue this action, she must either pay the $405.00 filing fee or submit an amended IFP application that includes all required information by no later than **July 1, 2026**.  Failure to do so will result in the dismissal of this action without prejudice.

Dated this 1st day of June, 2026.

_____

JAMES L. ROBART
United States District Judge

ORDER - 3